UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:08-CR-26 |
| ) | |
| TYRUS NELSON ) | |
| ) | |
| Defendant. ) | |

## ORDER

On January 12, 2009, and in accordance with the Federal Magistrate's Act, as amended, Title 28 U.S.C. §636(b)(1)(B), (C), United States Code Title 18, Sections 3401(i) and 3583(e), and Federal Rule of Criminal Procedure 59(a), this case was referred to Magistrate Judge Roger Cosbey to conduct any necessary hearings and submit a Report and Recommendation for the disposition of the defendant's Motion to Suppress (docket entry 34), which was submitted to the court on January 9, 2009.

On March 11, 2009, Magistrate Judge Roger Cosbey issued his Report and Recommendation, recommending that the above referenced Motion to Suppress be DENIED.

This Report and Recommendation also informed the parties that they had ten days after being served with a copy of the Report and Recommendation to file written objections with the Clerk of the Court, and that failure to object may constitute a waiver of objection on appeal. See also Fed. R. Cr.P. 59(a).

More than ten days have passed since the parties have been served with a copy of Magistrate Judge Cosbey's Report and Recommendation and no objections have been filed with the Clerk of the Court. Consequently, this court hereby ADOPTS Magistrate Judge Cosbey's Report and

Recommendation, and DENIES the relief sought by the defendant in his Motion to Suppress (docket entry 34).

This cause is now scheduled for jury trial, with an estimated length of 3 days, before Judge William C. Lee on Tuesday, June 9, 2009. A final pre trial conference is set for Wednesday, June 3, 2009, at 10:30 a.m. before Judge William C Lee. The deadline for the filing of a plea agreement is June 1, 2009; if a plea agreement is filed, the trial and pre trial conference dates will be vacated and a plea hearing will be scheduled before Magistrate Judge Roger Cosbey

Enter: March 27, 2009

s/William C. Lee
WILLIAM C. LEE, JUDGE
UNITED STATES DISTRICT COURT